# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

In re:

CARL GOLDBERG and
CYNTHIA GOLDBERG

       Debtor(s).
_____/

Case No.: 14-19041-BKC-JKO
Chapter 11

## DEBTORS' VOLUNTARY MOTION TO DISMISS CHAPTER 11 CASE

Carl Goldberg and Cynthia Goldberg (the "Debtors") by and through their undersigned counsel, hereby request that the Court enter an Order, pursuant to 11 U.S.C. §1112(b) dismissing Debtors' Chapter 11 case, and for cause states:

1. On April 21, 2014, the Debtors filed their voluntary petition [DE 1] under Chapter 11 of the Bankruptcy Code.

2. The Debtors' estate consists of four properties including a single-family home, a duplex, and a quad-plex (the "Properties"). The Properties carry a combined value of $598,781.00 and are currently encumbered by mortgage liens with a combined balance of $1,051,514.00.

3. Debtors entered the Chapter 11 process with the goal of successfully re-negotiating the terms of each mortgage associated with the Properties. At this time Debtors are unable to propose a feasible plan of reorganization. Accordingly, Debtors wish to continue pursuit of their pending loan modification applications outside of the bankruptcy process.

4. While Debtors, upon dismissal of his case, will be forfeiting the protection of the automatic stay, the interests of Debtors and their creditors will be determined pursuant to applicable state law at which point the parties may either negotiate a final resolution or Debtors' creditors will have the benefit of applicable state law remedies.

WHEREFORE, Debtors respectfully requests that the Court enter an Order dismissing Debtors' Chapter 11 case and for such other further and additional relief that the Court finds just and proper.

Dated: 2 June 2015

*Carl Goldberg*
Carl Goldberg

*Cynthia Goldberg*
Cynthia Goldberg

                                **Van Horn Law Group, P.A.**
                                330 N. Andrews Ave., Suite 450
                                Fort Lauderdale, Florida 33301
                                (954) 765-3166
                                (954) 756-7103 (facsimile)
                                By: /s/ Daniel A. Velasquez, Esq.
                                Daniel A. Velasquez, Esq.
                                Fla. Bar #: 0098158
                                Email: Dan@cvhlawgroup.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that the Voluntary Motion to Dismiss was presumed served via CM/ECF to parties registered in the ECF system on the 24th day of September 2015. Additionally, the parties on the attached mailing list were served via standard U.S. Mail or via email.

**Electronic Mail Notice List**
The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Joseph B Battaglia**   Sobkmail@wolfelawfl.com
- **Randy M Bennis**   Randy@martinandbennis.com
- **Maura M Bulman**   Mbulman@mmbpa.com
- **Teresa M Hair**   Sobkmail@wolfelawfl.com
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov
- **Zana Michelle Scarlett**   Zana.M.Scarlett@usdoj.gov
- **Chad T Van Horn**   Chad@cvhlawgroup.com
- **Daniel A Velasquez**   Dan@cvhlawgroup.com

DATED: 24 September 2015

                                    /s/ Daniel A. Velasquez
                                    Daniel A. Velasquez, Esq.